Argued and submitted June 18, affirmed July 14, 1999

## STATE OF OREGON,
*Appellant,*

*v.*

## KIRBY DOYLE HALL,
*Respondent.*

(C 97-11-50305; CA A100982)

984 P2d 951

Jonathan H. Fussner, Assistant Attorney General, argued the cause for appellant. With him on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Garrett A. Richardson filed the brief for respondent.

Before De Muniz, Presiding Judge, and Deits, Chief Judge, and Haselton, Judge.

PER CURIAM

Affirmed. *State v. Moore,* 159 Or App 144, 978 P2d 395 (1999).